UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04460
   VELMA WIGGINS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-9268
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/13/07 and confirmed on 06/29/07.

2. The case was dismissed after confirmation, 02/01/2008.

3. The Debtor paid a total of $  1440.20 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | MORTGAGE ARRE | 5666.00 | .00 | .00 |
| AASTRO TITLE LENDERS LLC | SECURED VEHIC | 642.00 | 17.61 | 87.81 |
| CAPITAL ONE BANK | UNSECURED | 711.95 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 916.89 | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 459.65 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6308.00 | .00 | 2088.49 | .00 | 8396.49 |
| PRINCIPAL PAID | 87.81 | .00 | .00 | .00 | 87.81 |
| INTEREST PAID | 17.61 | .00 | .00 | .00 | 17.61 |
| TOTAL PAID | 105.42 | .00 | .00 | .00 | 105.42 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $  2500.00 and was paid $   16.00  direct and $  1288.60  through the plan.

The Trustee received $    46.18 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 05/20/08                    /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 04460 VELMA WIGGINS